UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Phillips                                                       Civil Action 10-0882

versus                                             Judge Tucker L. Melançon

Wyeth Inc., et al                           Magistrate Judge C. Michael Hill


**MEMORANDUM RULING**

Before the Court is an unopposed[1] Motion For Judgment On The Pleadings filed by

defendant Teva Pharmaceuticals USA, Inc. ("Teva") [Rec. Doc. 60] against plaintiff Roberta

Phillips.  This case is identical to Civil Action Number, 6:09-1652, *Suzanne Guilbeau v.*

*Wyeth, Inc.*, in all aspects with the exception of the identity of the plaintiff.  As in *Guilbeau*,

Teva filed the Motion for Judgment on the Pleadings at bar on September 1, 2011 moving the

Court to enter judgment against plaintiff pursuant to Rule 12(c).  *R. 91*.  Also, just as in

*Guilbeaux*, the motion is unopposed.

For the reasons stated by the Court in its Memorandum Ruling in Civil Action

Number, 6:09-1652, *Suzanne Guilbeau v. Wyeth, Inc.*, the Court finds that plaintiff's failure

to warn under the Louisiana Products Liability Act is pre-empted and must be dismissed.

Accordingly, Teva's Motion for Judgment on the Pleadings will be granted.

---

[1] The deadline to file an opposition to Teva's motion was September 25, 2011.  *LR. 7.5 W.*